IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | | |
|---|---|---|
| SCOTT PETER JULIAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | Civil Action No. 6:14-CV-054-C |

**ORDER**

Plaintiff appealed an adverse decision of Defendant, Carolyn W. Colvin, Acting

Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g). The United States Magistrate

Judge entered a Report and Recommendation. Neither party has filed written objections.

It is, therefore, **ORDERED** that the findings and conclusions in the Report and

Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court and that

the above-styled and -numbered cause is hereby **DISMISSED with prejudice**.

Dated this _27_ day of January, 2016.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE